■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON BYRD, Appellant. [860 NYS2d 752]—Appeal by the defendant from a judgment of the County Court, Westchester County (Bellantoni, J.), rendered August 23, 2006, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the testimony of a jailhouse informant was improperly admitted at trial because the informant was an agent of the police is without merit (see *Massiah v United States*, 377 US 201, 206 [1964]; *People v Cardona*, 41 NY2d 333, 335 [1977]; *People v Lewis*, 273 AD2d 254, 254-255 [2000]; *People v Flores-Ossa*, 234 AD2d 315, 316 [1996]; *People v Halstead*, 180 AD2d 818 [1992]).

Contrary to the defendant's contention, he was not denied the effective assistance of counsel (see *People v Baldi*, 54 NY2d 137, 147 [1981]; *People v Walker*, 35 AD3d 512 [2006]; *People v Hyatt*, 2 AD3d 749, 750 [2003]). Skelos, J.P., Covello, Leventhal and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE DARE, Appellant. [860 NYS2d 751]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered November 1, 2006, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Spolzino, J.P., Ritter, Dillon, Balkin and Leventhal, JJ., concur.